

ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:17-MJ-01917
5335 Santa Monica Boulevard )
Los Angeles, California 90029 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Central    District of    California   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-6

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   14 days from the date of its issuance  
                                                                                                                                 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                      ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 8/2/2017 6 pm           _____
                                                                               *Judge's signature*

City and state: Los Angeles, CA             Rosenbluth
                                                                            *Printed name and title*

AUSAs: Benjamin Barron ext. 3542/Jamie Lang ext. 2652

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: 2:17-MJ-01917 | Date and time warrant executed: 08.03.2017 @ 0900 | Copy of warrant and inventory left with: SEDA KANGANI |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Refer to DOJ/BMFEA PROPERTY REPORT ATTACHED – CONSISTING OF 3 PAGES. DOJ MATTER ID # LA 2017107875.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 8.03.2017

Executing officer's signature

CHAU TRAN
Printed name and title

AUSAs: Benjamin Barron ext. 3542/Jamie Lang ext. 2652

STATE OF CALIFORNIA
**BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE PROPERTY REPORT**
MCF 015 (Rev. 03/2013)

DEPARTMENT OF JUSTICE
Page 1 of 2

| Regional Office | Date & Time | Page No. | Box No. |
|---|---|---|---|
| Laguna Woods | 8/03/2017 @ 1020 | 1 | 1 |
| Case Name | Matter ID | Primary Agent (Last Name) | |
| KANGANI, SEDA | LA2017107895 | TRAN | |
| Name (Last) (First) (Middle) | DBA | | |
| KANGANI, SEDA | Seda's PRINTING | | |
| Address | | Phone Number | |
| 5335 Santa Monica Blvd, Los Angeles | | (323) 469.1034 | |

| S.W. Item | Item | EVIDENCE DESCRIPTION | LOCATION FOUND | SEIZED BY |
|---|---|---|---|---|
| 1 | | 4 stacks of prescriptions for Richard Marc Goldstein MD | Room C, Bookshelf | Tran |
| 2 | | 4 prescription pads for FAINA G. ZLATOGOROV MD | Room C, Bookshelf | Tran |
| 3 | | Invoice # 15 2741 for Richard Marc Goldstein for 1 pad @ 100. "Arman" | Room A, work desk | Tran |
| 4 | | 1 Blank prescription in name of John Barkodar MD | Room A, Blank forms binder, front counter | Tran |
| 5 | | Invoice dated 7/13/16 for 7 pads of 100. 16-1087 | | Tran |
| 6 | | Envelope containing misc faxes of prescription samples and notes. | Room G, cardboard box | Tran |
| 7 | | 2 notebooks containing record of sales & payment dated April 17, 2017 and APR 8 to NOV 3, 2015. | Room A, cardboard box under work desk | Tran |
| 8 | | Misc. invoices for prescription pads in names of various physicians | Room A, cardboard box under desk | Tran |
| 9 | | Indicia of occupancy / ownership - Deed of Trust / Lease Loan Agreement (4) Comm Insurance and Corp Tax | Room A, main desk drawer | Tran |
| 10 | | Misc. business financial records | Room B | Tran |

Disposition:
White: Evidence Log
Yellow: Evidence Box
Pink: Receipt for Search Location

Shelf Location: _____

Copy: Attach to Search Warrant Return

STATE OF CALIFORNIA
**BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE PROPERTY REPORT**
MCF 015 (Rev. 03/2013)

DEPARTMENT OF JUSTICE
Page 1 of 2

| Regional Office: Laguna Woods | Date & Time: 08.03.2017 @ 1717 | Page No. 2 | Box No. 1 |
|---|---|---|---|
| Case Name: KANEANI, Seda | Matter ID: LA 2017107875 | Primary Agent (Last Name): TRAN | |
| Name (Last) (First) (Middle) | DBA: SEDA'S PRINTING | | (818)571.7154 cd |
| Address: 5335 Santa Monica Blvd, Los Angeles, CA | Phone Number: (323)469.1034 | | |

| S.W. Item | Item | EVIDENCE DESCRIPTION | LOCATION FOUND | SEIZED BY |
|---|---|---|---|---|
| 11 | | One (1) ream of EXCEL ONE TRIPLICATE PAPER | Room F SHELF ON W WALL | TRAN |
| 12 | | One (1) ream of NCR PAPER CARBONLESS | Room F SHELF ON W. WALL | TRAN |

Disposition:
White: Evidence Log
Yellow: Evidence Box
Pink: Receipt for Search Location

Shelf Location: _____

Copy: Attach to Search Warrant Return

STATE OF CALIFORNIA
**BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE PROPERTY REPORT**
MCF 015 (Rev. 03/2013)

DEPARTMENT OF JUSTICE
Page 1 of 2

| Regional Office | Date & Time | Page No. | Box No. |
|---|---|---|---|
| LAGUNA WNDS | 08.05.2017 @ 1200 | 3 | 3 |

| Case Name | Matter ID | Primary Agent (Last Name) |
|---|---|---|
| KANGANI, SEDA | LA2017107875 | TRAN |

| Name (Last) (First) (Middle) | DBA |
|---|---|
| KANGANI, SEDA | SEDA'S PRINTING |

| Address | Phone Number |
|---|---|
| 5355 SANTA MONICA BLVD, LOS ANGELES | (323) 469-1034 |

| S.W. Item | Item | EVIDENCE DESCRIPTION | LOCATION FOUND | SEIZED BY |
|---|---|---|---|---|
| | | DIGITAL EVIDENCE: (See attached) | ROOM A | TRAN |

Disposition:
  White: Evidence Log
  Yellow: Evidence Box
  Pink: Receipt for Search Location

Shelf Location: _____

Copy: Attach to Search Warrant Return

# Office of Investigations
## DIGITAL INVESTIGATIONS BRANCH

Revised 12-2014

| Field | Value |
|---|---|
| Case Number | L-15-0-0050-9 |
| Case Name | Seda's Printing & Direct Mailing |
| Site ID | 1 |
| Date | July 01, 2015 |
| Address | 5335 Santa Monica Blvd., L.A., CA. |
| Case Lead FCE | Morales |
| Site Lead FCE | Morales |

| EVIDENCE ID | DEVICE TYPE | DEVICE MFG | DEVICE HDD SIZE | DIB HDD MFG | DIB HDD S/N |
|---|---|---|---|---|---|
| S2RAX1 | External Media | WESTERN DIGITAL | 2.0 TB | N/A | N/A |
| DEVICE MODEL: N/A | DEVICE S/N: WCAVY1119311 | DEVICE HDD S/N: | IMAGED BY: | [X] DEVICE HAS BEEN SEIZED | [ ] SAME DIB HDD |
| SAME DEVICE | | | | | |
| S2RAX2 | External Media | WESTERN DIGITAL | 3.0 TB | N/A | N/A |
| DEVICE MODEL: MYBOOK ESSENTIAL | DEVICE S/N: WMC1T1661408 | DEVICE HDD S/N: | IMAGED BY: | [X] DEVICE HAS BEEN SEIZED | [ ] SAME DIB HDD |
| SAME DEVICE | | | | | |
| S2RAD3 | Desktop | Apple | 1.0 TB | N/A | N/A |
| DEVICE MODEL: iMAC 27 IN | DEVICE S/N: C02HM17GDHJP | DEVICE HDD S/N: WCATR8610939 | IMAGED BY: | [X] DEVICE HAS BEEN SEIZED | [ ] SAME DIB HDD |
| DEVICE HDD MFG: Western Digital | | | | | |
| SAME DEVICE | | | | | |
| | | | GB | Western Digital | |
| DEVICE MODEL: | DEVICE S/N: | DEVICE HDD S/N: | IMAGED BY: | [ ] DEVICE HAS BEEN SEIZED | [ ] SAME DIB HDD |
| SAME DEVICE | | | | | |
| | | | GB | Western Digital | |
| DEVICE MODEL: | DEVICE S/N: | DEVICE HDD S/N: | IMAGED BY: | [ ] DEVICE HAS BEEN SEIZED | [ ] SAME DIB HDD |
| SAME DEVICE | | | | | |

L=Laptop   D=Desktop   S=Server   X=External Storage   M=Mobile

Total # of HDs: 3    Total # of Images: 5    Total Seized Devices: 3

Evidence Custodian Signature: _____    Evidence Custodian Last Name: _____

[Add Page]   [Calculate Totals]

Page 2 of 2

# Office of Investigations
## DIGITAL INVESTIGATIONS BRANCH

Revised 12-2014

**Case Number:** L-15-0-0050-9
**Case Name:** Seda's Printing & Direct Mailing
**Site ID:** 2
**Date:** August 03, 2017
**Address:** 5335 Santa Monica Blvd., L.A., CA.
**Case Lead FCE:** Wong
**Site Lead FCE:** Wong

| Evidence ID | Device Type | Device MFG | Device Model | Device S/N | Device HDD Size | Device HDD MFG | Device HDD S/N | Imaged By | DIB HDD MFG | DIB HDD S/N | Device Has Been Seized | Same Device |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S2RATAB1 | Tablet | Apple | MH1J2LL/A | DMPSNCEVG5W3 | 128 GB | N/A | N/A | Morales | Western Digital | WCC3F4892663 | | |
| S2RAM1 | Mobile | Apple | iPhone | F73L8A9RFF | 16 GB | N/A | N/A | Wong | Western Digital / SAME DIB HDD [X] | WCC3F4892663 | | SAME DEVICE |
| S2RAM2 | Mobile | Apple | iPhone | F73L8A9RFF | 128 GB | N/A | N/A | Morales | Western Digital / SAME DIB HDD [X] | WCC3F4892663 | | SAME DEVICE |
| S2RAD1 | Desktop | Apple | Mac Pro | F5KNQ0BHF693 | 256 GB | N/A | N/A | Wong | Western Digital / SAME DIB HDD | WCC6Z3LK71E1 | | SAME DEVICE |
| S2RAD2 | Desktop | HP | 110-243W | 4C1426119N | 1.0 TB | N/A | N/A | Wong | Western Digital / SAME DIB HDD | WCC6Z0VHNKKK | | SAME DEVICE |

L=Laptop   D=Desktop   S=Server   X=External Storage   M=Mobile

Evidence Custodian Initial: _____
Evidence Custodian Last Name: _____

[Add Page]

Page 1 of 2